In the Matter of the Petition of ADRIENNE R. SCHWALL, as Executrix, etc., of EUGENIE SCHINDLER, Deceased, to Prove the Last Will and Testament of LOUISA HERLE, Late of the County of Kings, Deceased. FREDERICK WALZ, as Ancillary Administrator, etc., of FERDINAND WEINMANN, Deceased, and of FRIEDERIKE GASTEYER, Deceased, LUDWIG FLICKINGER and KATHERINE SCHMELZER, Appellants. ADRIENNE R. SCHWALL, as Executrix, etc., of EUGENIE SCHINDLER, Deceased, LOUIS LORENCE, as Special Guardian for Unknown Heirs, etc., and WAYNE GRUVER and BETTY GRUVER, Infants, etc., METHODIST HOSPITAL OF BROOKLYN, THE PEOPLE OF THE STATE OF NEW YORK, PUBLIC ADMINISTRATOR OF KINGS COUNTY and EDWARD SCHINDLER, Respondents.— Proceeding brought to prove the last will and testament of the decedent, in which proceeding objections to the probate were filed. Order of the Surrogate's Court of Kings county denying

the motion of the appellants to direct the proponent executrix herein to comply more fully with the provisions of an order directing the service of a bill of particulars, affirmed, with ten dollars costs and disbursements to the proponent, payable out of the estate. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor JJ., concur.